211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 14−59322−mbm
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Walter L. Armstrong
    8104 Sussex Street
    Detroit, MI 48228

Social Security No.:
    xxx−xx−2918

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☑ Chapter 13 Statement of Your Current Monthly Income Form 22C−1
- ☐ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney
- ☑ Statistical Summary of Certain Liabilities
- ☑ Statement of Financial Affairs
- ☑ Chapter 13 Plan
- ☐ Tax ID
- ☐ Application to Pay the Filing Fee in Installments
- ☑ Declaration Concerning Debtor's Schedules
- ☑ Summary of Schedules
- ☑ Schedules A−J
- ☐ Schedule A

- ☐ Schedule B
- Schedule C:
  - ☐ Debtor
  - ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **1/5/15** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 12/19/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court